UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

Case No: 8:96-bk-14739-ALP
Chapter 13 Case

Gulf Coast Orthopedic Center - Alfred O. Bonati, M.D., P.A.,
d/b/a G.C.O.C. Institute for Special Surgery of the Joint Diseases,
a/k/a G.C.O.C. Institute for Special Surgery of the Joint Diseases
a/k/a Gulf Coast Orthopedic Center, Inc.,
d/b/a G.C.O.C.,
a/k/a Gulf Coast Hospital and Orthopedic Institute,
    a Florida corporation for profit
_____Debtor*_____/

## ORDER GRANTING
## PETITION FOR UNCLAIMED FUNDS

**THIS CASE** came on for consideration, ex parte, upon the Petition for Unclaimed Funds filed by John G. Bettinger of Sierra Funds Recovery, Inc. on behalf of Anne Hochsprung. The Court having reviewed the record and being advised by the Financial Administrator finds that the sum of $1,135.90 has been deposited in the Registry of the Court finds that the Motion should be granted. Accordingly, it is

**ORDERED** that the Petition for Unclaimed Funds filed by John G. Bettinger of Sierra Funds Recovery, Inc. on behalf of Anne Hochsprung be and the same hereby is granted. The Clerk of Court for the United States Bankruptcy Court shall pay the unclaimed funds in the total amount of $1,135.90 to the order of: Anne Hochsprung c/o Sierra Funds Recovery, Inc., 10123 Main Place, Suite B, Bothell, WA 98011-3402.

**DONE AND ORDERED** on January 09, 2007.

CATHERINE PEEK MCEWEN
United States Bankruptcy Judge

---

* All references to "Debtor" shall include and refer to both of the Debtors in a case filed jointly by two individuals.