UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re: | Chapter 7
GULF COAST ORTHOPEDIC CENTER INC. | CASE NO: 8:96-bk-14739-ALP
Debtor(s)

## REPORT OF UNCLAIMED / UNCLEARED FUNDS

I, SUSAN WOODARD, the undersigned case Trustee, certify that:

1. The final disbursement to creditors has been completed.

2. All final disbursement checks payable in this case have been cashed except that checks issued to the entities listed below have been stopped for payment because they have either been returned as undeliverable or 90 days have passed since issuance.

3. I verify the address used for mailing to each entity matches the most recent address in the court files for that entity, and I made all other reasonable attempts to deliver each check.

4. A check for the total of all such unclaimed funds listed below in the amount of $ 835.00 is attached hereto, payable to the Clerk of the U.S. Bankruptcy Court, for deposit in the U.S. Treasury.

5. The following is a list of the names of, and mailing address used for, the entities entitled to the following sums:

| Check # | Date Issued | Payee Name | Amount |
|---|---|---|---|
| 1373 | 11/06/07 | Willis Babcock<br>1706 Art Museum Dr., A11<br>Jacksonville, FL 32207 | $835.00 |

DATED: January 22, 2008

/s/ Susan K. Woodard
SUSAN K. WOODARD
Chapter 7 Trustee
P.O. Box 7828
St. Petersburg, FL 33734
(727) 521-3355
Woodard@tampabay.rr.com